

No. 14–0226/NA. U.S. v. Ricky L. Brown. CCA 201300020. On consideration of Appellant's petition for reconsideration of the Court's order issued on March 11, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–5003/AF & 13–0157/AF. U.S., Appellant and Cross–Appellee v. Jimmy L. Wilson, Appellee and Cross–Appellant. CCA 37897. On consideration of Appellee/Cross Appellant's motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to April 21, 2014.

No. 14–0199/AR. U.S. v. Bryce M. Phillips. CCA 20120585. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2014.

No. 14–0456/MC. U.S. v. Alex J. Duran. CCA 201200440. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 18, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Thursday, April 3, 2014

No. 14–0256/AR. U.S. v. Jeffry T. Miller. CCA 20110406. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and, that the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0048/AR. U.S. v. Jason C. Wagner. CCA 20111064. Review granted on the following issue:

* It is directed that the portion of the promulgating order referencing the amended language in the Specification of the Charge be corrected to allege: "[Prior to Pleas, the date '15 October 2008' was amended to read, '15 September 2008' ... "

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE FAILED TO INSTRUCT THE PANEL MEMBERS THAT WRONGFUL SEXUAL CONTACT AND ASSAULT CONSUMMATED BY BATTERY ARE LESSER–INCLUDED OFFENSES OF AGGRAVATED SEXUAL ASSAULT.

No briefs will be filed under Rule 25.

No. 14–0256/AR.  U.S. v. Jeffry T. Miller.  CCA 20110406.  [See also APPEALS—SUMMARY DISPOSITIONS this date]

No. 14–0071/AR.  U.S. v. Travis D. Jones.  CCA 20110679.  Appellant's motion to file a corrected brief is granted.

No. 14–0461/AR.  U.S. v. Stephen M. Chapman.  CCA 20120740.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 18, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0463/AR.  U.S. v. Bryan S. Cerritos.  CCA 20120192.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 23, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0487/AR.  U.S. v. Cecil Saddler, Jr.  CCA 20110676.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 21, 2014.

No. 14–0489/AR.  U.S. v. O'Neal G. Davidson.  CCA 20120103.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 23, 2014.